IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02059-EWN-BNB

HIGH COUNTRY CONTAINER, INC., a Colorado corporation d/b/a DELINE BOX
COMPANY,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
THE RIO GRANDE PACIFIC CORPORATION, a/k/a THE RIO GRANDE RAILROAD, and
BNSF RAILWAY COMPANY, a/k/a THE BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Defendant Union Pacific Railroad Company's Motion
to Amend Preliminary Pretrial Order** [Doc. # 22, filed 3/27/06] is GRANTED.


DATED:  March 29, 2006