IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02059-EWN-BNB

HIGH COUNTRY CONTAINER, INC., a Colorado corporation d/b/a DELINE BOX COMPANY,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
THE RIO GRANDE PACIFIC CORPORATION, a/k/a THE RIO GRANDE RAILROAD, and
BNSF RAILWAY COMPANY, a/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant Union Pacific Railroad Company's Unopposed Motion to Amend the Scheduling Order** [docket no. 29, filed April 27, 2006] and **Defendant Union Pacific Railroad Company's Amended Unopposed Motion to Amend the Scheduling Order** [docket no. 31, filed April 28, 2006] (the "Motions").

IT IS ORDERED that the Motions are GRANTED and the Scheduling Order is amended to extend the deadline for disclosure of experts for which the parties have a burden of proof to **May 15, 2006**, and to extend the deadline for disclosure of rebuttal experts to **June 5, 2006**.

DATED:  April 28, 2006