IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02059-EWN-BNB

HIGH COUNTRY CONTAINER, INC., a Colorado corporation d/b/a DELINE BOX COMPANY,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
THE RIO GRANDE PACIFIC CORPORATION, a/k/a THE RIO GRANDE RAILROAD, and
BNSF RAILWAY COMPANY, a/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend the Scheduling Order** [docket no. 39, filed May 31, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended to extend the deadline for discovery and disclosure of rebuttal experts to **June 15, 2006**.


DATED: June 1, 2006