**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02059-EWN-BNB

HIGH COUNTRY CONTAINER, INC.
a Colorado corporation, d/b/a DELINE BOX COMPANY,

       Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY;
THE RIO GRANDE PACIFIC CORPORATION, a/k/a
THE RIO GRANDE RAILROAD; and
BNSF RAILWAY COMPANY, a/k/a
THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY.

       Defendants.

**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR
NEGLIGENCE AND NEGLIGENCE *PER SE***

The Court has reviewed the parties' "Stipulation for Dismissal of Plaintiff's claims for Negligence and Negligence *Per Se*," and the file, and is advised in the matter:

1. Pursuant to the parties' Stipulation, the Court hereby dismisses with prejudice Plaintiff's claims for negligence and negligence *per se*.

2. Defendant Union Pacific's motion for partial summary judgment on Plaintiff's claims for negligence and negligence *per se* is deemed moot.

3. The Court will consider the only issue still pending in Defendant Union Pacific's motion for partial summary judgment which is its request for summary judgment on Plaintiff's claim pursuant to C.R.S. § 40-30-103 for the fire of October 25, 2003, after the issue is fully briefed. The Court will also rule on the other two pending motions filed by Union Pacific – one to preclude expert testimony and one for summary judgment if the Court strikes the expert testimony – after those motions are fully briefed.

Ordered this 2nd day of August, 2006

BY THE COURT:

s/ Edward W. Nottingham
United States District Judge