IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                 Date: February 23, 2007
Therese Lindblom, Court Reporter

Civil Action No.  05-cv-02059-EWN-BNB

| _Parties:_ | _Counsel:_ |
|---|---|
| HIGH COUNTRY CONTAINER, INC., a Colorado corporation, d/b/a DELINE BOX COMPANY, | James Cage and Kelly Robinson |
| Plaintiff, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | Steven Napper |
| Defendant. | |

---

### COURTROOM MINUTES

---

**Final Pretrial Conference**

**10:41 a.m.**      Court in session.

Discussion regarding pending motions.

**ORDERED:  1.**      **Plaintiff's Motion to Strike Defendant's Second Motion in Limine to Exclude the Testimony of David Harvey (Docket #74) and Brief in Support of Defendant's Motion in Limine (Docket #75), Or, in the Alternative, Motion to Accept/Consider Plaintiff's Response Brief (Docket #59) as Plaintiff's Response to Defendant's Second Motion in Limine (#77, filed February 23, 2007) is DENIED.**

Discussion regarding anticipated length of trial.

Discussion regarding possibility of settlement.

**ORDERED:   2.      Five-day jury trial is set for May 29, 2007, at 9:00 a.m.**

**ORDERED:   3.      Trial Preparation Conference is set for May 18, 2007, at 9:00 a.m.**

Discussion regarding this court's procedures.

**10:48 a.m.**      Court in recess.

Hearing concluded.

Total time in court:  00:07