IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02059-EWN-BNB

HIGH COUNTRY CONTAINER, INC., a Colorado corporation d/b/a DELINE BOX COMPANY,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **March 16, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge